**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FIRST MUTUAL GROUP, LP,

    Plaintiff,

v.                                         Case No: 8:14-cv-2896-T-30EAJ

MICHAEL MEADE MOORE,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for failure to diligently prosecute the above-styled action pursuant to Local Rule 1.07(b), in accordance with this Court's Order to Show Cause (Dkt. #8) entered on June 18, 2015.   It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 8th day of July, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-2896 dismissal.docx